

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                   01-13-00826-CV

Style:                          Michael Wayne Barnes

                                v. Harris County Assistant District Attorney Maritza Antu and Court Appointed Defense

                                Counsel Mary C. A. Moore

Date motion filed*:             February 14, 2014

Type of motion:                 Motion requesting a no answer default judgment pursuant to Texas Rule of Civil Procedure

                                239 against appellee Mary C. A. Moore

Party filing motion:            Appellant

Document to be filed:

Is appeal accelerated?      No

If motion to extend time:
      Original due date:
      Number of previous extensions granted:      Current Due date:
      Date Requested:

Ordered that motion is:

    ☐   Granted

         If document is to be filed, document due:

         ☐   The Court will not grant additional motions to extend time absent extraordinary circumstances

    ☑   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

Judge's signature:   /s/ Laura C. Higley
               ☑ Acting individually      ☐ Acting for the Court

Panel consists of

Date: February 27, 2014

November 7, 2008 Revision